## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIEGEL JACOB,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 24-CV-6773 |
| | : | |
| **CONNOR GAJEWSKI,** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 2nd day of February 2026, upon consideration of Defendant Connor Gajewski's *motion to dismiss*, or in the alternative, *motion for summary judgment,* (ECF No. 29), and *pro se* Plaintiff Jacob's motion to deny defendant's motion for summary judgment, construed as his response in opposition thereto (ECF No. 35), it is hereby **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **UPDATE** the name of Defendant "CO1 Galewski" to "Connor Gajewski."

2. Gajewski's *motion to dismiss* (ECF No. 29) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

3. Gajewski's alternative *motion for summary judgment* (ECF No. 29) is **DENIED,** as premature and without prejudice.

4. Gajewski shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

5. The Clerk of Court is **DIRECTED** to **AMEND** the docket text to describe the entry at ECF No. 35 as "Response in Opposition to Defendant's Motion for Summary Judgment" rather than "Motion to Deny Defendant's Motion for Summary Judgment.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*